CHRISTOPHER E. COBEY, SBC No. 060821
MICHAEL W. WARREN, SBC No. 223642
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street, 14th Floor
San Jose, CA 95113.2303
Telephone: 408/998-4150
Facsimile: 408/790-0564
ccobey@littler.com
mwarren@littler.com

Attorneys for Defendant
CITY OF SAN CARLOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

HEIDI GALVEZ,

    Plaintiff,

v.

CITY OF SAN CARLOS,

    Defendant.

Case No. C 06 3938 JSW

**STIPULATION AND [PROPOSED] ORDER**

THE PARTIES HEREBY STIPULATE, through their respective counsel of record, that Defendant CITY OF SAN CARLOS shall file its answer to Plaintiff's complaint, or other responsive pleading, by Thursday, August 3, 2006.

This extension of time is made pursuant to Local Rule 6.1(a) of this Court.

////
////
////
////
////
////
////

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

STIPULATION AND [PROPOSED] ORDER
RE: RESPONSE TO COMPLAINT

Case No. C 06 3938 JSW

1. IT IS SO STIPULATED.

2.

3. Dated: July 19, 2006

4. _____
DAVID E. MASTAGNI
5. MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER
6. Attorneys for Plaintiff, HEIDI GALVEZ

7. Dated: July 17, 2006

8.

9. _____
CHRISTOPHER E. COBEY
10. LITTLER MENDELSON
A Professional Corporation
11. Attorneys for Defendant, CITY OF SAN
CARLOS
12.

13.

14. IT IS SO ORDERED.

15. Dated: July 20, 2006

16.

17. _____
THE HONORABLE JEFFREY S. WHITE
18. UNITED STATES DISTRICT JUDGE

19.

20.

21.

22. Firmwide:81291439.1 050070.1003

23.

24.

25.

26.

27.

28.

LITTLER MENDELSON

STIPULATION AND [PROPOSED] ORDER
RE: RESPONSE TO COMPLAINT
2.
Case No. C 06 3938 JSW