DAVID P. MASTAGNI, ESQ. (SBN 57721)
DAVID E. MASTAGNI, ESQ. (SBN 204244)
WILL M. YAMADA, ESQ. (SBN 226669)
STRAUN W. BOSTON, ESQ. (SBN 242380)
**MASTAGNI, HOLSTEDT, AMICK,**
**MILLER, JOHNSEN & UHRHAMMER**
*A Professional Corporation*
1912 "I" Street
Sacramento, California 95814
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDI GALVEZ, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF SAN CARLOS, <br><br> Defendant | CASE No.: C 06-03938 JSW <br><br> **REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE AND (PROPOSED) ORDER** <br><br> Date: December 1, 2006 <br> Time: 1:30 p.m. <br> Crtrm: 2 <br><br> **Before: Honorable Jeffrey S. White** |

Plaintiff's counsel to the above-entitled action respectfully submits this Request to Appear Telephonically at the Case Management Conference scheduled for Friday, December 1, 2006, at 1:30 p.m. Plaintiff also requests the Court adopt it in this proposed order granting said request.

Dated: November 22, 2006             **MASTAGNI, HOLSTEDT, AMICK,**
                                     **MILLER, JOHNSEN & UHRHAMMER**



                                      /s/ David E. Mastagni
                                     DAVID E. MASTAGNI
                                     Attorney for Plaintiff

---

REQUEST TO APPEAR TELEPHONICALLY
AT CASE MANAGEMENT CONFERENCE AND                *Galvez v. City of San Carlos*
PROPOSED ORDER                                    Northern District Case No. C 06-03938 JSW

|   |   |
|---|---|
| 1 | [~~PROPOSED~~] ORDER |
| 2 | Plaintiff's counsel Request to Appear Telephonically at the Initial Case Management |
| 3 | Conference scheduled for Friday, December 1, 2006, at 1:30 p.m. is hereby ~~adopted~~ **DENIED** by the Court for |
| 4 | the above entitled case. |

Dated: November 28, 2006

*/s/ Jeffrey S. White*
HONORABLE JEFFREY S. WHITE